**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN M. ERWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>            v.<br><br>VERADIGM INC., PAUL M. BLACK, RICHARD J. POULTON, and LEAH S. JONES,<br><br>                Defendants. | Case No. 1:23-cv-16205<br><br>Judge Lindsay C. Jenkins<br>Magistrate Judge Jeffrey Cole |

**MOTION OF GERALD HOGAN FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Plaintiff Gerald Hogan ("Hogan") respectfully moves this Court for entry of an Order: (i) appointing Hogan as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (ii) approving his selection of Glancy Prongay & Murray LLP as Lead Counsel and Pomerantz LLP as Liaison Counsel for the proposed class; and (3) granting such other relief as the Court may deem just and proper.

In support of his motion, Hogan relies on the accompanying memorandum of law, the following exhibits:

Exhibit A: Press release published November 22, 2023 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: Hogan's signed PSLRA Certification

Exhibit C: Analysis of Hogan's financial interest;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E: Firm résumé of Pomerantz LLP.

Counsel for Hogan is mindful of Your Honor's motion rules requiring that "counsel must confer prior to the filing of all motions and include an agreed briefing schedule with the motion if at all possible" and that "[b]efore filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion." However, this Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of notice of this action, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Hogan have no way of knowing with certainty who,

1

if any, the competing lead plaintiff candidates will be at this time. Moreover, if Hogan does not file this Motion by today, the deadline under the PSLRA, he may lose his statutory right to be considered for appointment as lead plaintiff. As such, Hogan respectfully requests that the Court's above-identified rules be waived for this Motion.

Dated: January 22, 2024

Respectfully submitted,

By: s/ *J. Alexander Hood II*

J. Alexander Hood II
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com

*Liaison Counsel for Gerald Hogan and Proposed Liaison Counsel for the Class*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Gerald Hogan and Proposed Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

2