# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Veradigm Inc.
**Ticker:** MDRX
**Class Period:** February 26, 2021 to December 7, 2023
**Name:** Gerald Hogan

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/8/2021 | 1,500 | $15.4094 | -$23,114.1000 | | $0.0000 | -$23,114.10 |
| 3/12/2021 | 1,500 | $15.6350 | -$23,452.5000 | | $0.0000 | -$23,452.50 |
| 3/12/2021 | 3,000 | $15.6399 | -$46,919.7000 | | $0.0000 | -$46,919.70 |
| 3/17/2021 | 1,500 | $15.3899 | -$23,084.8500 | | $0.0000 | -$23,084.85 |
| 5/9/2022 | -1,000 | | $0.0000 | $18.2667 | $18,266.7000 | $18,266.70 |
| 5/9/2022 | -1,000 | | $0.0000 | $18.0100 | $18,010.0000 | $18,010.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,500** | | | | **Subtotal:** | **-$80,294.45** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $54,865.34 |
| | | | $9.9755 | 5,500 | **Total:** | **-$25,429.11** |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between December 8, 2023 and January 22, 2024.