**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN M. ERWIN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:23-cv-16205-LCJ |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | Hon. Lindsay C. Jenkins |
| VERADIGM INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF THE**
**MOTION OF ALAMEDA COUNTY EMPLOYEES' RETIREMENT**
**ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Nicole Lavallee, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the San Francisco office of Berman Tabacco, counsel for Alameda County Employees' Retirement Association ("ACERA") and proposed lead counsel for the class. I submit this Declaration in support of the motion of ACERA for an order (i) appointing ACERA as Lead Plaintiff; and (ii) approving ACERA's selection of Berman Tabacco as Lead Counsel for the class and Cohen Milstein Sellers & Toll, PLLC as Liaison Counsel for the class (the "Motion").

1. Attached hereto as **Exhibit 1** is a true and correct copy of the notice published on *Globe Newswire*, a national, business-oriented news service, by Robbins Geller Rudman & Dowd LLP on November 22, 2023, in the above captioned case, advising that a proposed securities class action was filed and that members of the proposed class had the right to move for appointment as lead plaintiff in that action no later than 60 days from the date of the notice, or January 22, 2024.

2.       Attached hereto as **Exhibit 2** is a true and correct copy the Certification of ACERA pursuant to 15 U.S.C. §78u-4(a)(2).

3.       A true and correct copy of a table calculating the losses ACERA suffered on its investments in Veradigm Inc. is attached as **Exhibit 3**.

4.       Attached as **Exhibit 4** is a true and correct copy of the firm resume of Berman Tabacco.

5.       Attached hereto as **Exhibit 5** is a true and correct copy of the firm resume of Cohen Milstein Sellers & Toll, PLLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of January 2024, at San Francisco, California.

NICOLE LAVALLEE