# Exhibit 1

# ROBBINS GELLER Rudman & Dowd LLP

**Source:** *Robbins Geller Rudman & Dowd LLP*

*November 22, 2023 16:11 ET*

## MDRX INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Veradigm Inc. and Announces Opportunity for Investors with Substantial Losses to Lead the Veradigm Class Action Lawsuit

SAN DIEGO, Nov. 22, 2023 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of Veradigm Inc. (NASDAQ: MDRX) common stock between February 26, 2021 and June 13, 2023, inclusive (the "Class Period"), have until January 22, 2024 to seek appointment as lead plaintiff of the *Veradigm* class action lawsuit. Captioned *Erwin v. Veradigm Inc.*, No. 23-cv-16205 (N.D. Ill.), the *Veradigm* class action lawsuit charges Veradigm and certain of its current and former top executive officers with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Veradigm* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-veradigm-inc-class-action-lawsuit-mdrx.html**

**You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at jsanchez@rgrdlaw.com.**

**CASE ALLEGATIONS**: The *Veradigm* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) Veradigm had overstated its historical revenues by at least $20 million; (ii) Veradigm had artificially inflated its revenue by recording duplicate transactions, among other things, over a more than two-year period; (iii) Veradigm had artificially inflated its earnings and margins and materially misrepresented demand for Veradigm's products and services; (iv) Veradigm had failed to maintain effective internal controls over its financial reporting; and (v) Veradigm had failed to comply with Generally Accepted Accounting Principles regarding appropriate revenue recognition practices.

On February 28, 2023, Veradigm announced that it had "detected certain internal control failures related to revenue recognition that had occurred over the prior six quarters, resulting in a misstatement of reported revenues during those periods." Veradigm disclosed that the revenue misstatements caused revenue to be overstated by approximately $20 million from the third quarter of 2021 until the fourth quarter of 2022. On this news, the price of Veradigm stock fell nearly 13%.

Then, on June 13, 2023, Veradigm revealed that it had identified additional revenue misstatements dating back to fiscal year 2020. Veradigm further disclosed that its internal review on the nature and extent of the accounting and internal control errors would take longer than previously disclosed, and Veradigm's independent auditors needed more time to complete their audit procedures. As a result, Veradigm would not meet the deadline to file its annual report on Form 10-K. On this news, the price of Veradigm stock fell more than 4%.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the

complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Veradigm common stock during the Class Period to seek appointment as lead plaintiff in the *Veradigm* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Veradigm* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Veradigm* class action lawsuit. An investor's ability to share in any potential future recovery of the *Veradigm* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller is one of the world's leading complex class action firms representing plaintiffs in securities fraud cases. The Firm is ranked #1 on the most recent ISS Securities Class Action Services Top 50 Report for recovering more than $1.75 billion for investors in 2022 – the third year in a row Robbins Geller tops the list. And in those three years alone, Robbins Geller recovered nearly $5.3 billion for investors, more than double the amount recovered by any other plaintiffs' firm. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

Contact:
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900, San Diego, CA 92101
J.C. Sanchez, 800-449-4900
jsanchez@rgrdlaw.com