# Exhibit 2

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, David H. Nelsen, Chief Executive Officer of the Alameda County Employees' Retirement Association ("ACERA"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    As Chief Executive Officer of ACERA, I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of ACERA.

2.    I have reviewed the amended class action complaint in the United States District Court for the Northern District of Illinois in this matter captioned *Erwin v. Veradigm Inc., et al.,* No. 23-cv-16205-LCJ (N.D. Ill.).

3.    ACERA has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

4.    ACERA did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

5.    ACERA is willing to serve as a representative party on behalf of the class, understands the duties of a lead plaintiff and is willing to provide testimony at deposition and trial, if necessary. ACERA fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995. ACERA intends to actively monitor and vigorously pursue this litigation for the best interests of all class members.

6.    ACERA's transactions in the securities that are the subject of this action are set forth in Exhibit A, appended to this certification. Other than those transactions set forth in Exhibit A, ACERA has engaged in no transactions during the class period in the securities that are the subject of this action.

1

7.     ACERA sought to serve as a lead plaintiff or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action filed during the three-year period preceding the date of this Certification:

- *McLeod v. InnovAge Holding Corp., et al.*, No. 21-cv-02770-WJM (D. Colo.) (withdrew lead plaintiff motion)

8.     ACERA will not accept any payment for serving as representative party on behalf of the class beyond ACERA's *pro rata* share of any recovery, except for any award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _January 22, 2024_

David H. Nelsen
Chief Executive Officer
Alameda County Employees' Retirement
Association

2

**Veradigm Inc.**
**Common Stock CUSIP (01988P108)**
**Exhibit A**

**Class Period**: 02/26/21-12/07/23
**Shareholder**: Alameda County Employees' Retirement Association

| Trade Date | Transaction | Shares Bought | Shares Sold | Trade Price |
|---|---|---|---|---|
| 09/21/22 | BUY | 1,647 | | $16.8452 |
| 09/21/22 | BUY | 10,069 | | $16.8136 |
| 09/22/22 | BUY | 1,094 | | $16.8050 |
| 09/22/22 | BUY | 10,139 | | $16.5930 |
| 09/23/22 | BUY | 5,315 | | $16.5325 |
| 09/26/22 | BUY | 455 | | $16.2348 |
| 09/26/22 | BUY | 7,246 | | $16.2653 |
| 09/27/22 | BUY | 2,106 | | $16.6184 |
| 09/27/22 | BUY | 7,891 | | $16.1993 |
| 09/28/22 | BUY | 554 | | $15.9578 |
| 09/29/22 | BUY | 461 | | $15.2816 |
| 09/30/22 | BUY | 528 | | $15.3447 |
| 10/03/22 | BUY | 529 | | $15.4361 |
| 10/04/22 | BUY | 873 | | $15.9915 |
| 10/05/22 | BUY | 1,027 | | $15.8612 |
| 10/06/22 | BUY | 1,075 | | $15.2784 |
| 10/07/22 | BUY | 6,116 | | $14.6701 |
| 11/04/22 | BUY | 4,249 | | $15.6369 |
| 11/08/22 | BUY | 830 | | $16.9369 |
| 11/09/22 | BUY | 14,622 | | $17.5204 |
| 12/08/22 | SELL | | (847) | $18.6500 |
| 12/22/22 | BUY | 785 | | $17.8291 |
| 01/19/23 | BUY | 5,479 | | $18.4685 |
| 01/20/23 | BUY | 4,127 | | $18.4009 |
| 01/23/23 | BUY | 3,285 | | $18.4477 |
| 01/26/23 | BUY | 1,088 | | $18.0125 |
| 02/23/23 | BUY | 4,138 | | $16.8546 |
| 02/24/23 | BUY | 3,394 | | $16.7653 |
| 02/27/23 | BUY | 1,255 | | $16.8950 |
| 02/27/23 | BUY | 4,026 | | $16.9031 |
| 03/10/23 | BUY | 2,470 | | $13.7388 |
| 04/17/23 | SELL | | (1,601) | $12.3038 |
| 05/04/23 | BUY | 535 | | $12.0641 |
| 05/05/23 | BUY | 2,831 | | $12.2523 |
| 07/18/23 | BUY | 1,944 | | $13.2098 |
| 07/19/23 | BUY | 5,066 | | $13.3630 |
| 07/20/23 | BUY | 1,897 | | $13.2950 |
| 07/21/23 | BUY | 412 | | $13.3550 |
| 07/21/23 | BUY | 972 | | $13.3553 |

4

| 07/24/23 | BUY | 3,790 | | $13.3398 |
|---|---|---|---|---|
| 07/25/23 | BUY | 4,523 | | $13.2007 |
| 07/26/23 | BUY | 1,544 | | $13.3008 |
| 07/27/23 | BUY | 2,279 | | $13.4447 |
| 09/27/23 | BUY | 5,042 | | $13.0000 |
| 09/29/23 | SELL | | (3,517) | $13.2521 |
| 10/09/23 | BUY | 2,758 | | $13.8899 |
| 10/10/23 | BUY | 877 | | $13.8889 |