# Exhibit 3



## Veradigm Inc.
## Common Stock Cusip (01988P108)
## Summary Report

**Class Period**: 02/26/21-12/07/23

$9.9929= Average price 12/08/23-01/19/24

**Shareholder**: Alameda County Employees' Retirement Association

| Beg. Holdings | Total Class Period Purchases | Total Class Period Sales | Net Class Period Purchases | Net Expenditures | LIFO Losses[1] |
|---|---|---|---|---|---|
| 0 | 141,343 | (5,965) | 135,378 | ($2,159,590) | ($794,821) |

[1] Post class period sales are included in the LIFO calculations. The higher of the actual sale price and the average price of the stock from the day after the class period end to the date of the sale was used in the calculations.

**Veradigm Inc.**
**Common Stock Cusip (01988P108)**
**LIFO**

**Class Period**: 02/26/21-12/07/23
$9.9929= Average price 12/08/23-01/19/24
**Shareholder**: Alameda County Employees' Retirement Association

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Remaining | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 02/25/21 | Holdings | | | 0 | | | |
| 09/21/22 | BUY | 1,647 | | 1,647 | $16.8452 | ($27,744.04) | $0.00 |
| 09/21/22 | BUY | 10,069 | | 11,716 | $16.8136 | ($169,296.14) | $0.00 |
| 09/22/22 | BUY | 1,094 | | 12,810 | $16.8050 | ($18,384.67) | $0.00 |
| 09/22/22 | BUY | 10,139 | | 22,949 | $16.5930 | ($168,236.43) | $0.00 |
| 09/23/22 | BUY | 5,315 | | 28,264 | $16.5325 | ($87,870.24) | $0.00 |
| 09/26/22 | BUY | 455 | | 28,719 | $16.2348 | ($7,386.83) | $0.00 |
| 09/26/22 | BUY | 7,246 | | 35,965 | $16.2653 | ($117,858.36) | $0.00 |
| 09/27/22 | BUY | 2,106 | | 38,071 | $16.6184 | ($34,998.35) | $0.00 |
| 09/27/22 | BUY | 7,891 | | 45,962 | $16.1993 | ($127,828.68) | $0.00 |
| 09/28/22 | BUY | 554 | | 46,516 | $15.9578 | ($8,840.62) | $0.00 |
| 09/29/22 | BUY | 461 | | 46,977 | $15.2816 | ($7,044.82) | $0.00 |
| 09/30/22 | BUY | 528 | | 47,505 | $15.3447 | ($8,102.00) | $0.00 |
| 10/03/22 | BUY | 529 | | 48,034 | $15.4361 | ($8,165.70) | $0.00 |
| 10/04/22 | BUY | 873 | | 48,907 | $15.9915 | ($13,960.58) | $0.00 |
| 10/05/22 | BUY | 1,027 | | 49,934 | $15.8612 | ($16,289.45) | $0.00 |
| 10/06/22 | BUY | 1,075 | | 51,009 | $15.2784 | ($16,424.28) | $0.00 |
| 10/07/22 | BUY | 6,116 | | 57,125 | $14.6701 | ($89,722.33) | $0.00 |
| 11/04/22 | BUY | 4,249 | | 61,374 | $15.6369 | ($66,441.19) | $0.00 |
| 11/08/22 | BUY | 830 | | 62,204 | $16.9369 | ($14,057.63) | $0.00 |
| 11/09/22 | BUY | 14,622 | | 76,826 | $17.5204 | ($256,183.29) | $0.00 |
| 12/08/22 | SELL | | (847) | 75,979 | $18.6500 | $0.00 | $15,796.55 |
| 12/22/22 | BUY | 785 | | 76,764 | $17.8291 | ($13,995.84) | $0.00 |
| 01/19/23 | BUY | 5,479 | | 82,243 | $18.4685 | ($101,188.91) | $0.00 |
| 01/20/23 | BUY | 4,127 | | 86,370 | $18.4009 | ($75,940.51) | $0.00 |
| 01/23/23 | BUY | 3,285 | | 89,655 | $18.4477 | ($60,600.69) | $0.00 |
| 01/26/23 | BUY | 1,088 | | 90,743 | $18.0125 | ($19,597.60) | $0.00 |
| 02/23/23 | BUY | 4,138 | | 94,881 | $16.8546 | ($69,744.33) | $0.00 |
| 02/24/23 | BUY | 3,394 | | 98,275 | $16.7653 | ($56,901.43) | $0.00 |
| 02/27/23 | BUY | 1,255 | | 99,530 | $16.8950 | ($21,203.23) | $0.00 |
| 02/27/23 | BUY | 4,026 | | 103,556 | $16.9031 | ($68,051.88) | $0.00 |
| 03/10/23 | BUY | 2,470 | | 106,026 | $13.7388 | ($33,934.84) | $0.00 |
| 04/17/23 | SELL | | (1,601) | 104,425 | $12.3038 | $0.00 | $19,698.38 |
| 05/04/23 | BUY | 535 | | 104,960 | $12.0641 | ($6,454.29) | $0.00 |
| 05/05/23 | BUY | 2,831 | | 107,791 | $12.2523 | ($34,686.26) | $0.00 |
| 07/18/23 | BUY | 1,944 | | 109,735 | $13.2098 | ($25,679.85) | $0.00 |
| 07/19/23 | BUY | 5,066 | | 114,801 | $13.3630 | ($67,696.96) | $0.00 |
| 07/20/23 | BUY | 1,897 | | 116,698 | $13.2950 | ($25,220.62) | $0.00 |
| 07/21/23 | BUY | 412 | | 117,110 | $13.3550 | ($5,502.26) | $0.00 |
| 07/21/23 | BUY | 972 | | 118,082 | $13.3553 | ($12,981.35) | $0.00 |
| 07/24/23 | BUY | 3,790 | | 121,872 | $13.3398 | ($50,557.84) | $0.00 |

**Veradigm Inc.**
**Common Stock Cusip (01988P108)**
**LIFO**

**Class Period**: 02/26/21-12/07/23
$9.9929= Average price 12/08/23-01/19/24
**Shareholder**: Alameda County Employees' Retirement Association

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Remaining | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 07/25/23 | BUY | 4,523 | | 126,395 | $13.2007 | ($59,706.77) | $0.00 |
| 07/26/23 | BUY | 1,544 | | 127,939 | $13.3008 | ($20,536.44) | $0.00 |
| 07/27/23 | BUY | 2,279 | | 130,218 | $13.4447 | ($30,640.47) | $0.00 |
| 09/27/23 | BUY | 5,042 | | 135,260 | $13.0000 | ($65,546.00) | $0.00 |
| 09/29/23 | SELL | | (3,517) | 131,743 | $13.2521 | $0.00 | $46,607.64 |
| 10/09/23 | BUY | 2,758 | | 134,501 | $13.8899 | ($38,308.34) | $0.00 |
| 10/10/23 | BUY | 877 | | 135,378 | $13.8889 | ($12,180.57) | $0.00 |
| 12/08/23 | SELL Post CP | | (1,065) | 134,313 | $10.0700 | $0.00 | $10,724.55 |
| 12/08/23 | SELL Post CP | | (8,766) | 125,547 | $10.0951 | $0.00 | $88,493.65 |
| 12/11/23 | SELL Post CP | | (688) | 124,859 | $10.0900 | $0.00 | $6,941.92 |
| 12/11/23 | SELL Post CP | | (2,099) | 122,760 | $10.0900 | $0.00 | $21,178.91 |
| 12/11/23 | SELL Post CP | | (13,485) | 109,275 | $10.0900 | $0.00 | $136,063.65 |
| 12/12/23 | SELL Post CP | | (7,421) | 101,854 | $10.0200 | $0.00 | $74,358.42 |
| 12/13/23 | SELL Post CP | | (4,206) | 97,648 | $10.0150 | $0.00 | $42,123.09 |
| 01/11/24 | SELL Post CP | | (11,471) | 86,177 | $10.1796 | $0.00 | $116,770.19 |
| 01/11/24 | SELL Post CP | | (7,819) | 78,358 | $10.1796 | $0.00 | $79,594.29 |
| 01/12/24 | SELL Post CP | | (16,107) | 62,251 | $10.1429 | $0.00 | $163,371.69 |
| 01/12/24 | SELL Post CP | | (244) | 62,007 | $10.1429 | $0.00 | $2,474.87 |
| 01/16/24 | SELL Post CP | | (17,335) | 44,672 | $10.1124 | $0.00 | $175,298.45 |
| 01/16/24 | SELL Post CP | | (713) | 43,959 | $10.1124 | $0.00 | $7,210.14 |
| 01/16/24 | SELL Post CP | | (425) | 43,534 | $10.1124 | $0.00 | $4,297.77 |
| 01/16/24 | SELL Post CP | | (220) | 43,314 | $10.1124 | $0.00 | $2,224.73 |
| 01/17/24 | SELL Post CP | | (3,083) | 40,231 | $10.0662 | $0.00 | $31,034.09 |
| 01/18/24 | SELL Post CP | | (16,230) | 24,001 | $10.0289 | $0.00 | $162,769.05 |
| | | | | | | | |
| Totals: | | 141,343 | (117,342) | | | ($2,241,693) | $1,207,032 |
| Shares Held: | | | 24,001 | | | | |
| Shares Held x $9.9929: | | | $239,840 | | | | |
| Total (Cost)/Proceeds: | | | ($1,034,661) | | | | |
| Total LIFO Loss: | | | ($794,821) | | | | |