# EXHIBIT A

**From:** Rob Prongay <RProngay@glancylaw.com>
**Sent:** Wednesday, February 7, 2024 1:05 PM
**To:** Nicole Lavallee <nlavallee@bermantabacco.com>; Daniel Barenbaum <DBarenbaum@bermantabacco.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Jeffrey Rocha <JRocha@bermantabacco.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Veradigm: Lead Plaintiff Motion

Nicole,

The court's order merely says that if the parties are unable to reach an agreement on who the court should appoint, then any opposition briefs should be filed on February 7th. It is clear that we are unable to reach an agreement because, as you stated, "unless you file a withdrawal, we will be opposing your client's motion." After you have had a chance to review our papers, if you change your mind about working together, we are happy to discuss.

Thanks,
Rob

**From:** Nicole Lavallee <nlavallee@bermantabacco.com>
**Sent:** Wednesday, February 7, 2024 11:16 AM
**To:** Rob Prongay <RProngay@glancylaw.com>; Daniel Barenbaum <DBarenbaum@bermantabacco.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Jeffrey Rocha <JRocha@bermantabacco.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Veradigm: Lead Plaintiff Motion

Rob,

I just left a message with your receptionist. Please let us know why you have concerns that ACERA, a public pension fund, would be subject to unique defenses in this case. I must say that we are very surprised to get this response from you at this late date given that we reached out to you last week.

Thanks,
Nicole

**From:** Rob Prongay <RProngay@glancylaw.com>
**Sent:** Wednesday, February 7, 2024 10:40 AM
**To:** Nicole Lavallee <nlavallee@bermantabacco.com>; Daniel Barenbaum <DBarenbaum@bermantabacco.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Jeffrey Rocha <JRocha@bermantabacco.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Veradigm: Lead Plaintiff Motion

At this point we anticipate filing an opposition based on concerns we have about your client potentially being subject to unique defenses.

Best,
Rob

1

**From:** Nicole Lavallee <nlavallee@bermantabacco.com>
**Sent:** Wednesday, February 7, 2024 10:04 AM
**To:** Rob Prongay <RProngay@glancylaw.com>; Daniel Barenbaum <DBarenbaum@bermantabacco.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Jeffrey Rocha <JRocha@bermantabacco.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Veradigm: Lead Plaintiff Motion

Rob,

As I referenced during our call last week, the Court has requested that, unless the parties agree who the Court should appoint as lead plaintiff, we must file any responses today. We have clearly stated our position to you. Please advise whether you agree or oppose the appointment of ACERA as lead plaintiff. If you oppose, please advise us of the basis for your opposition. Please feel free to call me to discuss the matter.

Thanks,
Nicole

**From:** Nicole Lavallee
**Sent:** Tuesday, February 6, 2024 11:25 AM
**To:** Rob Prongay <RProngay@glancylaw.com>; Daniel Barenbaum <DBarenbaum@bermantabacco.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Jeffrey Rocha <JRocha@bermantabacco.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Veradigm: Lead Plaintiff Motion

Rob,

We are not thinking of joining our clients or working as co-counsel in this matter. From our perspective, ACERA should be appointed as sole lead plaintiff and their choice of lead counsel, Berman Tabacco, should be appointed as lead counsel pursuant to the PSLRA. Thus, unless you file a withdrawal, we will be opposing your client's motion.

However, we remain open to working together on other cases, as appropriate, and are always happy to speak with you.

Please let me know if you wish to discuss further. I am available all day.

Thanks,
Nicole

**From:** Rob Prongay <RProngay@glancylaw.com>
**Sent:** Tuesday, February 6, 2024 11:07 AM
**To:** Daniel Barenbaum <DBarenbaum@bermantabacco.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Nicole Lavallee <nlavallee@bermantabacco.com>; Jeffrey Rocha <JRocha@bermantabacco.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Veradigm: Lead Plaintiff Motion

Daniel,

When I spoke with Nicole on Thursday afternoon, I said we would evaluate and try to follow up with you early this week. And we apologize about missing your call on Monday morning as our office was closed.

As you may have seen on the news, states of emergency have been declared at both the state and county level.

We are still in the process of the evaluating your client's motion. To be clear, are you planning to oppose our client's motion and/or are you opposed to going forward with our clients' as co-lead plaintiffs?

Thanks,
Rob

**From:** Daniel Barenbaum <DBarenbaum@bermantabacco.com>
**Sent:** Monday, February 5, 2024 10:45 AM
**To:** Rob Prongay <RProngay@glancylaw.com>; Charles Linehan <CLinehan@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Cc:** Nicole Lavallee <nlavallee@bermantabacco.com>; Jeffrey Rocha <JRocha@bermantabacco.com>
**Subject:** Veradigm: Lead Plaintiff Motion

Robert, Charles, Pavithra,

I am writing to follow-up on Nicole's conversation with Robert late last week regarding the Veradigm Lead Plaintiff motions. We tried to call this morning but were sent to a general voicemail box that was full.

We represent movant ACERA. On 1/24, the Court ordered:

"If, upon reviewing the others' motion for appointment, the parties are unable to reach an agreement on who the Court should appoint, then any response to the appointment motion is due by February 7, 2024. Replies are not permitted."

We have not heard from you one way or the other and our response is due in two days. Is Mr. Hogan planning to withdraw his motion? If you would like to discuss, please feel free to call either Nicole or me at +1.415.433.3200.

Thanks,



Daniel

**Daniel E. Barenbaum**

Partner

P +1 415 291 2325  M +1 415 320 3389
E dbarenbaum@bermantabacco.com
O 425 California Street, Ste 2300, San Francisco, CA 94104