Attorney Code: 56028

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| JOHN M. ERWIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VERADIGM INC., et al., <br><br> Defendants. | Case No. 1:23-cv-16205 <br><br> <u>CLASS ACTION</u> |

NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)

4875-0911-2501.v1

Pursuant to Rule 41(a)(1)A)(i) of the Federal Rules of Civil Procedure, plaintiff John M. Erwin, by and through his undersigned counsel, hereby voluntarily dismisses, without prejudice, his claims in the above-captioned action. This voluntary dismissal is without prejudice to Mr. Erwin's ability to participate in the above-captioned action as an absent class member. No defendant in this action has answered or filed a motion for summary judgment, and a class has not been certified in this action. On March 1, 2024, the Court, *inter alia*, appointed Alameda County Employees' Retirement Association as Lead Plaintiff in the consolidated action and appointed its choice of counsel, Berman Tabacco, as Lead Counsel. *See* ECF 41. As such, neither Mr. Erwin nor his counsel will have a representative role in the consolidated action.

DATED: April 9, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN (IL Bar # 6329016)

s/ Brian E. Cochran
BRIAN E. COCHRAN

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

- 1 -

4875-0911-2501.v1

- 2 -

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

Attorneys for Plaintiff

4875-0911-2501.v1