**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN M. ERWIN, Individually and on Behalf of All Others Similarly Situated, | No. 1:23-cv-16205 |
| Plaintiff, | |
| v. | Honorable Sharon Johnson Coleman |
| VERADIGM INC., et al., | |
| Defendants. | |

**VERADIGM DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, Defendants Veradigm Inc., Paul Black, Rick Poulton, and Leah Jones (collectively, the "Veradigm Defendants"), move to dismiss Plaintiff's Second Amended Complaint (Dkt. 75). The bases for the motion are set forth in the accompanying memorandum of law being filed contemporaneously with this motion. For the reasons explained therein, the Veradigm Defendants respectfully request that the Court dismiss Plaintiff's Second Amended Complaint with prejudice.

Dated: July 28, 2025

Respectfully submitted,

**KING & SPALDING LLP**

By: *Brandon R. Keel*
Jessica P. Corley (*pro hac vice*)
Brandon R. Keel (IL Bar #6300165)
Benjamin Lee (*pro hac vice*)
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-4600
jpcorley@kslaw.com
bkeel@kslaw.com
blee@kslaw.com

Livia M. Kiser (Ill. Bar No. 6275283)
110 N Wacker Drive
Suite 3800
Chicago, IL 60606 USA
Ph: (312) 995-6333
Fax: (312) 996-6330
lkiser@kslaw.com

*Counsel for Defendant Veradigm Inc.*

**McDERMOTT WILL & EMERY LLP**

By: *Paul Helms*
Paul Helms
444 West Lake Street
Suite 4000
Chicago, IL 60606
Telephone: (312) 984-5380
phelms@mwe.com

Jordan Kazlow (*pro hac vice*)
845 Texas Avenue
Houston, TX 77002
Telephone: (713) 982-5634
jkazlow@mwe.com

*Counsel for Defendant Paul M. Black*

**KOPECKY SCHUMAHCER
ROSENBURG LLC**

By: *James L. Kopecky*
James L. Kopecky
120 North LaSalle Street
Suite 2000
Chicago, IL 60601
Telephone: (312) 380-6552
jkopecky@ksrlaw.com

*Counsel for Defendant Richard J. Poulton*

**KATTEN MUCHIN ROSENMAN LLP**

By: *Levi J. Giovanetto*
Levi J. Giovanetto

2

Daniel J. Collins
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5575
levi.giovanetto@katten.com

*Counsel for Defendant Leah S. Jones*

## E-FILING ATTESTATION

I, Brandon R. Keel, am the ECF User whose ID and password are being used to file this document. I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ *Brandon R. Keel*

Brandon R. Keel