**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN M. ERWIN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:23-cv-16205 ) ) <u>CLASS ACTION</u> |
| v. | ) ) |
| | ) Hon. Sharon J. Coleman |
| VERADIGM INC., PAUL M. BLACK, RICHARD J. POULTON, LEAH S. JONES, GRANT THORNTON LLP, *et al.,* | ) ) ) ) ) |
| Defendants. | ) ) |

## <u>GRANT THORNTON LLP'S MOTION TO DISMISS</u>

Defendant, Grant Thornton LLP ("Grant Thornton") moves this Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and certain provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b), to dismiss Count III of the Complaint for failing to state a claim upon which relief can be granted. In support of this motion, Grant Thornton states as follows:

1. The Second Amended Complaint ("Complaint") asserts only Count III against Grant Thornton, under Section 10(b) of the Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. The Complaint should be dismissed against Grant Thornton, under Rule 9(b), Rule 12(b)(6), and the PSLRA.

2. First, Plaintiffs have alleged no facts giving rise to a strong inference that Grant Thornton issued its 2020 and 2021 audit opinions on Veradigm's financial statements and internal

1

controls with scienter—*i.e.*, with the intend to defraud— as required to state a claim for securities fraud and by the PSLRA.

3.     Second, Plaintiffs fail to plead with particularity that Grant Thornton's 2020 and 2021 audit opinions contain any materially misleading statement as required to state a claim for securities fraud and by Rule 9(b) and the PSLRA.

4.     Third, Plaintiffs fail to plead loss causation as to Grant Thornton's audit opinions as required to state a claim for securities fraud.

**WHEREFORE,** Grant Thornton respectfully requests that Count III of the Complaint be dismissed pursuant to Rules 9(b) and 12(b)(6), and 15 U.S.C. § 78u-4(b), for the reasons stated above and as more fully explained in the accompanying memorandum of law.

Dated: July 28, 2025

Respectfully submitted,

*/s/ Gary A. Orseck*
Gary A. Orseck
Matthew M. Madden
HOGAN LOVELLS US LLP
555 Thirteenth St., NW
Washington, DC 20004
(202) 637-5600
Email: gary.orseck@hoganlovells.com
          matthew.madden@hoganlovells.com

Russell Tan
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
(713) 632-1400
Email: russell.tan@hoganlovells.com

*Counsel for Defendant Grant Thornton LLP*

2